### ROBERT MERCER *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Mercer's petition for certification for appeal from the Appellate Court, 51 Conn. App. 638 (AC 17998), is denied.

*Raymond J. Rigat,* special public defender, in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided March 17, 1999

### CARL J. LIANO *v.* CITY OF BRIDGEPORT

The plaintiff's petition for certification for appeal from the Appellate Court, 51 Conn. App. 905 (AC 18034), is denied.

*Carl J. Liano,* pro se, in support of the petition.

*Jason M. Dodge,* in opposition.

Decided March 17, 1999